UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLA BROWN,

                Plaintiff,

-against-                              25-CV-3425 (LTS)

RXR SOYO EXALTA LLC; JENNIFER          ORDER
ALEXANDER; ALISON LENIHAN, ESQ.;
STATE OF NEW YORK,

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brought this action *pro se*. By order dated June 12, 2025, the Court dismissed the action. (ECF 5.) Judgment was entered on June 16, 2025. (ECF 6.) On the same day, June 16, 2025, Plaintiff filed a notice of appeal to United States Court of Appeals for the Second Circuit. (ECF 7.) On June 27, 2025, she filed an application to proceed *in forma pauperis* ("IFP"), presumably for the purposes of her appeal. (ECF 8.)

      As stated in the Court's June 12, 2025 order of dismissal (*see* ECF 5, at 1), Plaintiff's request to proceed IFP on appeal (ECF 8) is denied.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 10, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                Chief United States District Judge